# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154140 & (4)

*In re* ANONYMOUS JUDGE

SC: 154140
JTC Grievance Nos.
2015-21594; 2016-22079

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the parties having stipulated to the withdrawal of the petition for interim suspension, the petition is DISMISSED. The motion to seal file is GRANTED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2016

a0906

Clerk